THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIUS TISHMAN & SONS, INC., Respondent, *v.* LAWSON PURDY and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.

First Department, October 26, 1917.

See head note in *People ex rel. Soeurbee, Inc.,* v. *Purdy* (*ante,* p. 748).

APPEAL by the defendants, Lawson Purdy and others, as commissioners, from an order of the Supreme Court, made at the New York Special Term and entered in the office of

the clerk of the county of New York on the 14th day of June, 1917, denying their motion to quash a writ of certiorari.

*William H. King,* for the appellants.

*John M. Stoddard,* for the respondent.

SCOTT, J.:

For the reasons stated in *People ex rel. Soeurbee, Inc.,* v. *Purdy* (179 App. Div. 748), decided herewith, the order appealed from is reversed, with ten dollars costs and disbursements, and the motion granted, with costs.

CLARKE, P. J., and DOWLING, J., concurred; SMITH and PAGE, JJ., dissented.

Order reversed, with ten dollars costs and disbursements, and motion granted, with costs.